# Commonwealth of Massachusetts

## OFFICER'S RETURN OF SERVICE

Cynthia Baler.

V

United States of America.

United States District Court of Massachusetts

Case Number   04-11885 PBS

September 2, 2004

I this day served a true and attested copy of the within Summons In A Civil Action and Complaint upon Michael J. Sullivan U.S. Attorney 1 Courthouse Way Suite 2300 Boston, Massachusetts 02210 in the County of Suffolk. Said service was made IN HAND to Ilona Ferrara receptionist of the U.S. Attorney at 1 Courthouse Way Suite 2300 Boston, Massachusetts 02210 in the County of Suffolk.

Said service was made on September 2, 2004 at 2:28 P.M.

Charles V. Grillo Jr.
**Constable City of Boston**

1531 Centre Street
Boston, Massachusetts 02131-1900
Telephone 617-515-1622

Subscribed and sworn before me

This ____ Day of _____, 2004

Christopher J. Kelly Notary Public
The Commonwealth of Massachusetts
My Commission Expires December 3, 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                     District of    Massachusetts

Cynthia Baler

**SUMMONS IN A CIVIL ACTION**

V.

United State of America

CASE NUMBER:

04 - 11885 PBS

TO: (Name and address of Defendant)
Michael J. Sullivan
U.S. Attorney
1 Courthouse Way
Suite 2300
Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey N. Roy
699 Boylston Street
Suite 12
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    8-30-04