AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Cynthia Baler

v.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04 - 11885 PBS

TO: (Name and address of Defendant)

Kenneth L. Wainstein, U.S. Attorney
555 4th Stree, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey N. Roy
699 Boylston Street
Suite 12
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 7-30-04

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney's office<br>for the District of<br>Columbia<br>555 4th St. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>*Ernest L. [signature]*<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0007 5613 7817 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

# RAVECH & ROY, P.C.
ATTORNEYS AT LAW
ONE EXETER PLAZA
699 BOYLSTON STREET
BOSTON, MASSACHUSETTS 02116

(617) 303-0500

FACSIMILE (617) 303-0501



August 31, 2004

**CERTIFIED MAIL NO.: 7003 1680 0007 5613 7817**
**RETURN RECEIPT REQUESTED**
United States Attorney's Office
for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Re:  Cynthia Baler
Vs:  United State of America
     Civil Action No.: 04-11885PBS

Dear U.S. Attorney:

Pursuant to Rule 4(i)(1)(B) of the Federal Rules of Civil Procedure, I am serving you with a copy of the Complaint and Summons which was filed with the United States District Court in Massachusetts.

This Complaint and Summons gives you notice that the United States is the Defendant in this lawsuit, and an answer to the Complaint is due within twenty (20) days of the receipt of this notice.

Very truly yours,

Jeffrey N. Roy

JNR/ac
Enclosures