UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BALER )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA )<br>    Defendants ) | C.A. NO.: 04-11885 PBS |

### AFFIDAVIT OF COMPLIANCE

I, Jeffrey N. Roy, being duly sworn, hereby certify that on August 30, 2004, I served a copy of the Complaint, with Summons, in the above-captioned matter upon the United States Attorney Kenneth L. Wainstein., by mailing same, via certified mail, return receipt requested to the following address:

    Kenneth L. Wainstein, U.S. Attorney
    District of Columbia
    555 4th Street, NW
    Washington, DC 20530

On or about September 13, 2004 I received a return receipt under date of September 8, 2004 signed by Ernest L. Parker.

Attached, hereto are a copy of my cover letter, a copy of the summons and the original return receipt.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14th DAY OF SEPTEMBER, 2004.

                                                                                   Jeffrey N. Roy