UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BALER, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>      Defendant. ) | C.A. No. 04-11885-PBS |

**L. R. 16.1(D) JOINT STATEMENT OF THE PARTIES**

Pursuant to Local Rule 16.1(D), the parties in the above-captioned case propose the following pretrial schedule:

    1.    *Joint Discovery Plan.*

Non-expert discovery to be completed by May 1, 2005.

Non-expert discovery motions to be completed by June 1, 2005.

Plaintiff will disclose Rule 26(b)(4)(A)(i) information regarding experts on or before July 1, 2005.

Defendant will disclose Rule 26(b)(4)(A)(i) information regarding experts on or before August 1, 2005.

Depositions of experts by both parties will be completed by October 1, 2005.

    2.    *Motions*. All motions to amend the pleadings must be filed on or before April 1, 2005. All other motions must be filed on or before November 1, 2005.

    3.    *Certifications*. The required certifications concerning the budget and alternative dispute resolution are attached to this memorandum.

    4.    *Conference Agenda*. The parties have conferred and suggest that the following matters be discussed at the December 16, 2004 scheduling conference:

2

    a.      Settlement proposals;

    b.      The pretrial plan outlined above;

    c.      Alternative dispute resolution;

    d.      Scheduling of a settlement conference; and

    e.      Consideration of trial by magistrate judge.

Respectfully submitted,

Plaintiff,
By her attorneys,

 /s/ Jeffrey N. Roy
Jeffrey N. Roy
RAVECH & ROY, P.C.
One Exeter Plaza
699 Boylston Street
Boston, MA 02116
(617) 303-0500
BBO # 548618

MICHAEL J. SULLIVAN,
United States Attorney

 /s/ Damian W. Wilmot
DAMIAN W. WILMOT
Assistant U.S. Attorney
John Joseph Moakley Federal
  Courthouse
One Couthouse Way, Ste. 9200
Boston, MA 02210
617-748-3100