UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cynthia Baler

Plaintiff,

        V.                                           Civil Action Number
                                                           04-11885-PBS

United States of America

Defendant.                                                        December 16, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 5/1/05

Bench Trial: 9/05 (to be set by Magistrate Judge Alexander)

                                                               By the Court,

                                                               /s/ Robert C. Alba
                                                              Deputy Clerk