UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BALER,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )   C.A. No. 04-11885-PBS<br>) |
| UNITED STATES OF AMERICA,<br>    Defendant. | )<br>) |

### RULE 16.1(D)(3) CERTIFICATE

I hereby certify that I have conferred with plaintiff Cynthia Baler concerning the establishment of a budget for the above-captioned litigation and the use of alternative dispute resolution programs.

_____
Jeffrey N. Roy
RAVECH & ROY, P.C.
One Exeter Plaza
699 Boylston Street
Boston, MA 02116
(617) 303-0500
BBO # 548618

_____
Cynthia Baler

DATED: December 13, 2004