UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA BALER,                     )
                                   )
        Plaintiff,                 )
                                   )
            v.                     )    C.A. No. 04-11885-PBS
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Defendant.                 )
                                   )

**DEFENDANT'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

        Defendant hereby certifies, pursuant to Local Rule

16.1(D)(3), that it has conferred with counsel on the following:

        1.  establishing a budget for the costs of conducting the

full course, and various alternatives, of this litigation; and,

        2.  to consider the resolution of litigation through the use

of alternative dispute resolution programs such as those outlined

in Local Rule 16.4.

UNITED STATES POSTAL SERVICE        UNITED STATES OF AMERICA,
By its attorney,                    By its attorney,


TRACI PUPILLO, ESQ.                 MICHAEL J. SULLIVAN
                                    United States Attorney


By: /s/ Traci Pupillo              By: /s/ Damian W. Wilmot
    Traci Pupillo, Esq.                Damian W. Wilmot
    National Tort Center               Assistant U.S. Attorney
    U.S. Postal Service                1 Courthouse Way., Ste 9200
    PO Box 66640                       Boston, MA  02210
    St. Louis, MO 63166-6640           (617) 748-3398
    (314) 872-5120

Dated: December 28, 2004