```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
_____
                                   )
CYNTHIA BALER,                     )
                                   )
    Plaintiff,                     )
                                   )   C.A. 04-11885-JLA
v.                                 )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
    Defendant.                     )
_____)
```

## UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant, the United States of America, moves for summary judgment on all of Plaintiff Cynthia Baler's claims. In support of this Motion, Defendant submits the accompanying Memorandum of Law in Support of its Motion for Summary Judgment, which sets forth the Government's arguments in detail.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
                              Moakley Federal Courthouse
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
Dated: May 3, 2005            (617) 748-3398
```

## CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, on May 3, 2005, I have conferred with Plaintiff's counsel and have attempted in good faith to resolve the issues addressed in this Motion.

```
                              /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
```

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                         Boston, Massachusetts
                                                     May 3, 2005

    I certify that on May 3, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff's Attorney, Jeffrey N. Roy, Ravech & Roy, P.C., One Exeter Plaza, 699 Boylston Street, Boston, MA 02116.

                                                             /s/ Damian W. Wilmot
                                                             DAMIAN W. WILMOT
                                                             Assistant U.S. Attorney