**EXHIBIT C**

1

1 - 40

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

CYNTHIA BALER,                          )
                                        )
                Plaintiff,              )
                                        )
vs.                                     )    CIVIL ACTION NO.
                                        )    04-11885-PBS
UNITED STATES OF AMERICA,               )
                                        )
                Defendant.              )


        THE ORAL DEPOSITION OF CYNTHIA BALER, held

pursuant to Notice, and the applicable provisions of the

Federal Rules of Civil Procedure, before Marguerite Summers,

a Court Reporter and Notary Public, within and for the

Commonwealth of Massachusetts, at the offices of the United

States Attorney, 1 Courthouse Way, Boston, Massachusetts, on

Wednesday, March 9, 2005, commencing at 11:00 a.m.


ORIGINAL

1      Q    Is there any reason that you cannot testify

2  accurately today?

3      A    No.

4      Q    Are you under any medication or anything?

5      A    No.  Well, nothing different from what I

6  ordinarily take.

7      Q    Does that medication affect your memory at all?

8      A    No.

9      Q    Does it affect your ability to make correct or

10  accurate statements?

11      A    No.

12      Q    Can you state your name for the record, please?

13      A    Cynthia Baler.

14      Q    And what is your current address?

15      A    174 Lowell Road in Mashpee.

16      Q    How long have you lived there?

17      A    A year and a half.

18      Q    What was your address before that?

19      A    73 Hampden Drive in Norwood.

20      Q    And how long did you live there?

21      A    Approximately six years.

22      Q    Do you own the home that you are living in now?

23      A    Yes.

24      Q    Did you own the home in Norwood?

25      A    No.

1    Q    You did not.  Did you rent that?

2    A    Yes.

3    Q    And what is your Social Security number?

4    A    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.

5    Q    And your date of birth?

6    A    5/13/39.

7    Q    Have you ever been deposed before?

8    A    Yes.

9    Q    And when was that?

10    A    20 or 25 years ago.

11    Q    Do you remember what the name of that case was?

12    A    No.

13    Q    What was it in regard to; do you remember?

14    A    Malpractice.

15    Q    Medical malpractice?

16    A    Yes.

17    Q    Was this your lawsuit?

18    A    No.

19    Q    What was your role in that case?

20    A    It was my husband.  As his wife, I was deposed.

21    Q    It was your husband's lawsuit?

22    A    Yes.

23    Q    Against who was that lawsuit?

24    A    I don't remember specifically.  It was against a

25    doctor, but I don't remember specifically his name.

*APEX Reporting*
(617) 426-3077

| | | |
|---|---|---|
| 1 | Q | Do you have any children? |
| 2 | A | Three. |
| 3 | Q | Three.  What are their names? |
| 4 | A | Amanda, Jeffrey and Michael. |
| 5 | Q | What are their ages? |
| 6 | A | Amanda is 30, Michael is 39 and Jeffrey is 42. |
| 7 | Q | I imagine none of them are still at home, right? |
| 8 | A | No. |
| 9 | Q | What are their addresses?  You can start with |
| 10 | | Amanda. |
| 11 | A | 136 Stafford Street in Quincy. |
| 12 | Q | In Quincy. |
| 13 | | How about Jeffrey? |
| 14 | A | 28 Green Street in Medfield. |
| 15 | Q | And Michael? |
| 16 | A | 7 Francine Drive in Holliston. |
| 17 | Q | Turning your attention to the date of your fall, |
| 18 | | September 11, 2002, can you tell me what the weather |
| 19 | | conditions were that day? |
| 20 | A | As I recall, they were fine. |
| 21 | Q | Fine, meaning clear day? |
| 22 | A | Yes. |
| 23 | Q | Do you remember if it rained that day or the day |
| 24 | | before? |
| 25 | A | I do not recall. |

11

1    Q    Do you remember what the temperature was?

2    A    No.

3    Q    And where did the fall take place?

4    A    In the foyer, or vestibule, of the post office.

5    Q    And that's the post office in Medfield?

6    A    Yes.

7    Q    Why were you at the Medfield Post Office?

8    A    To get stamps.

9    Q    At that time, you were living in Norwood?

10   A    Yes.

11   Q    Is there a closer post office to you in Norwood?

12   A    Yes.

13   Q    Why did you decide to go to this one Medfield?

14   A    We were coming from Framingham to Norwood and it's

15   along the route.

16   Q    Had you been to that post office before?

17   A    I don't recall.

18   Q    Have you been to that post office after September

19   11th, 2002?

20   A    Yes.

21   Q    Do you remember what you were wearing that day?

22   A    I don't recall the clothes, specifically, but I

23   know I was wearing shoes and my pocketbook, which was across

24   my chest.  And other than that, I don't really remember.

25   Q    Do you remember whether or not you were wearing

13

1    on September 11th, 2002?

2        A    Yes.

3        Q    Do any of these pills cause any dizziness?

4        A    No.

5        Q    Does it have any side effects on you?

6        A    None.

7        Q    Did you consume any alcohol within 24 hours of--

8        A    No.

9        Q    --your fall?

10           You have to wait for me to finish, so I'll just

11   repeat it.

12           Do you remember if you consumed any alcohol within

13   24 hours of your fall?

14       A    No.

15       Q    What time did you arrive at the Medfield Post

16   Office that afternoon?

17       A    In the afternoon; in the mid-afternoon.

18       Q    Do you remember about what time?

19       A    I'd say probably around 3.

20       Q    3 o'clock?

21       A    A quarter past 3, around that time.

22       Q    Was anyone with you?

23       A    Yes.

24       Q    Who was with you?

25       A    My husband.

*APEX Reporting*
(617) 426-3077

14

1    Q    You said you drove to the post office?

2    A    Yes.

3    Q    What time -- you arrived there at 3-3:15.   What

4  time did you enter the foyer area of the post office?

5    A    Shortly after driving into the parking lot; within

6  a minute.

7    Q    Do you remember who entered the foyer area first?

8    A    He did not come in.

9    Q    So you walked in by yourself?

10    A    Yes.

11    Q    Can you describe the foyer area; what the layout

12  of the foyer area was?

13    A    You come in a door and there are two doors inside

14  to enter into the post office, itself.

15          MR. WILMOT:  Let's mark this as the first exhibit,

16  please.  Thank you.

17                    (Exhibit No. 1 was marked for

18                     identification.)

19          BY MR. WILMOT:

20    Q    I'm showing you what has been marked as Government

21  Exhibit No. 1.  Do you know what this is a picture of?

22    A    The foyer of the Medfield Post Office.

23    Q    Does it show the complete foyer area?

24    A    Yes, it does.

25    Q    Does it show all the entrances into the foyer

1    doorways that you just drew here?

2        A    What do you mean by "main"?

3        Q    Well, you've told me that this is a foyer area.

4    Correct?

5        A    Yes.  Well, the main post office area is through

6    these doors.

7        Q    Can you just draw an arrow indicating that?

8             Now, do you remember on that afternoon, which door

9    you entered into to get into the foyer area?

10       A    I entered in through that door.

11       Q    "That door," meaning if I were facing the post

12   office, you entered in on the left door to the foyer area.

13       A    Yes.

14       Q    When you entered, did you see any rugs on the

15   ground?

16       A    I don't remember.

17       Q    Was anyone else in the foyer area when you entered

18   into it?

19       A    No.

20       Q    So you didn't see any other customers or post

21   office employee?

22       A    Not in the foyer.

23       Q    Was anyone else entering at the time you were

24   entering?

25       A    I don't recall.

17

1     Q     Was anyone else exiting when you were entering?

2     A     I don't recall.

3     Q     Once you entered into this left door to the foyer

4     area, which door did you did you go into to enter into the

5     main portion of the post office?

6     A     I don't recall.

7     Q     Okay.  But you do remember that you came in on the

8     left side.

9     A     Yes.

10     Q     And you said that you were there to purchase

11     stamps.  Correct?

12     A     Yes.

13     Q     Did you buy stamps from a -- purchase them from a

14     machine or from the service desk?

15     A     Service desk.

16     Q     Did you go right to the service desk or did you do

17     anything beforehand.

18     A     I went right to the service desk.

19     Q     Was there anyone in line in front of you?

20     A     I don't remember.

21     Q     Do you remember if there was anyone behind you in

22     line?

23     A     I don't remember.

24     Q     Do you know from whom you made the purchase?

25     A     The specific person?

19

1     Q    So obviously, as you were leaving, you have to

2  go -- you have to exit through the foyer area.  Correct?

3     A    Yes.

4     Q    About what time do you think that was?

5     A    After however long it took me to do my transaction

6  and then leave.

7     Q    And you said you first entered approximately 3

8  o'clock to 3:15?

9     A    Yes.

10     Q    About what time, approximately, do you think it

11  was when you were exiting?

12     A    I don't recall.  I would assume soon after, but I

13  don't remember.

14     Q    Do you remember if it was an hour later?

15     A    It was not an hour later.

16     Q    A half-hour, co you believe you were inside?

17     A    I do not know.

18     Q    Do you remember if it was a short period of time?

19     A    I would say yes.

20     Q    Would you say "short" as in, maybe, 15 minutes, 20

21  minutes?

22     A    Yes.

23     Q    As you were exiting, was there anyone else in the

24  foyer area?

25     A    No.

1    Q    And as you were exiting, were you still wearing
2    your glasses?

3    A    Yes.

4    Q    Do you need your glasses to see?

5    A    Yes.

6    Q    Are you nearsighted, farsighted?

7    A    I always get confused.

8    Q    Do you need your glasses to see objects close to
9    you?

10    A    Yes.

11    Q    Do you need your glasses to see objects further
12    away from you?

13    A    Yes.  They're progressive bifocals.

14    Q    When you were walking into the foyer area, where
15    were you looking?

16    A    I don't recall.  Let me think.  As I was walking
17    into the foyer area, I was looking at the path to make my
18    progress out of the post office.

19    Q    Were you looking in your pocketbook for whatever
20    reasons?

21    A    No.

22    Q    Were you looking outside through a window in the
23    foyer area or any place?

24    A    No.

25    Q    So you said you were looking at your pathway.

1    A    Yes.

2    Q    Do you remember which door, looking at your

3    diagram, did you enter the foyer area through?

4    A    Would you--

5    Q    There are two doorways here on your sketch--

6    A    Yes.

7    Q    --which lead into the main post office?

8    A    Yes.  I do not recall which door.

9    Q    Do you remember which door, once you were in the

10   foyer area, that you were walking towards to exit?

11   A    Run that by me one more time.

12   Q    Once you entered the foyer area, which doorway

13   were you walking towards to exit the foyer area?

14   A    The left.

15   Q    The left door if I were facing the post office?

16   A    Yes.

17   Q    The same door that you walked in?

18   A    Yes.

19   Q    Did you see a rug at that point when you were

20   exiting?

21   A    Yes.

22   Q    Can you describe the rug?

23   A    It was either very dark blue or black with a

24   border around it.

25   Q    And how large was it, if you could guess.

22

1      A      It was large.

2      Q      It was a large rug?

3      A      Yes.

4      Q      Was it directly if front of the doorway you were

5   about to exit?

6      A      No, it was not.

7      Q      Where was it located?

8      A      It was located at the second door.

9      Q      At the second door.

10     A      Yes.

11     Q      What do you mean by "second door?"

12     A      Well, we established there were two doors--

13     Q      Right.

14     A      --this being the first and that being the second.

15     Q      All right, I don't think we established the

16   numbers for them.

17            Well facing the post office, we have our left

18   door, which you came in and you were walking towards, the

19   rug was closest to which door: the left or the right door?

20     A      The right door.

21     Q      The right door.

22     A      Not this right door; this right door.  You pointed

23   to that.

24     Q      So the right door that actually enters into the

25   main post office, since there are two doors entering into

1    the main post office, you're saying the door on the right --

2    that the rug was in front of the door on the right.

3        A    Yes.

4        Q    Does that refresh your memory that perhaps you

5    were exiting out of this right door or no?

6        A    I did exit that door.

7        Q    That door, being the right door--

8        A    Yes.

9        Q    --that would enter into the main post office?

10       A    I exited that door.

11       Q    Now did you see any bunches in the rug as you were

12   exiting?

13       A    As I was exiting?  Yes.

14       Q    You did.  Can you describe the bunches, if you

15   could.  Were they large bunches in the rug, small?

16       A    They were medium.  It was like a rolled up area.

17       Q    About how high would you say that rolled up area

18   was?

19       A    I'm really bad at -- it was elevated but I don't

20   know how--

21       Q    But enough for you to see it.

22       A    Yes.

23       Q    Was that the only rug in the foyer area?

24       A    Yes.

25       Q    And what happened next?

24

1    A    I started to walk out and as I was walking, as I

2  mentioned, I was looking at the path of egress.  I was

3  already walking and as I was walking, I tripped noticing at

4  the same time what I had tripped over, which was the bunched

5  up part of the rug.

6    Q    So you did not see the bunch in the rug until you

7  tripped on it.

8    A    I saw it either just prior to my tripping on it.

9  Actually, I saw it as I was walking and could not stop and

10  tripped over it and fell.  I was walking.

11    Q    You say you could not stop.  Is there a reason why

12  you could not stop?

13    A    Well, as you're walking and you're in motion, it's

14  hard to stop the motion once you committed to the actual

15  step.  And that's what happened.

16    Q    How fast were you leaving?

17    A    Normal pace.

18    Q    You weren't running?

19    A    No.

20    Q    Were you rushing to get out of the post office?

21    A    No.

22    Q    If you saw the bunch in the rug, why did you step

23  on it?

24    A    As I mentioned, I saw it as I was walking past it

25  and I could not stop my forward motion.

28

1    A    I don't know.

2    Q    And you said at some point a post office employee

3    came to the foyer area.

4    A    Yes.

5    Q    This entire time, were you laying on the ground?

6    A    Yes.

7    Q    How long were you lying on the ground for?

8    A    I don't know specifically.

9    Q    Did you -- were you lying in the same position or

10   did you try to get up or anything?

11   A    I don't know.  I was hurt.

12   Q    When you fell inside the foyer area, were you able

13   to see the service desk from where you fell?

14   A    No.

15   Q    From inside the foyer area, what were you able to

16   see inside the main post office area?

17   A    Nothing.

18   Q    Nothing.  Do you carry a cell phone?

19   A    I do.

20   Q    Were you carrying one on September 11th, 2002?

21   A    I do not know.

22   Q    Does your husband carry a cell phone?

23   A    Yes.

24   Q    Do you remember if he was carrying one that day?

25   A    No.

39

## CORRECTION SHEET

### DEPOSITION OF CYNTHIA BALER

PAGE NO.   LINE NO.   SUGGESTED CORRECTION

| PAGE NO. | LINE NO. | SUGGESTED CORRECTION |
|---|---|---|
| 5 | 4&5 | Condominium # 113 |
| 10 | 8 | the correct answer should be |
| ~~11~~ | ~~9~~ | no one is still at home. |
| 11 | 13 | insert in |
| 18 | 10 | Pocket book |
| 19 | 16 | correct co to do |

40

SIGNATURE OF WITNESS:

      I have read the foregoing transcript and the same contains a true and accurate recording of my answers to the questions therein set forth, subject to the change and/or correction sheet(s) attached.

_Cynthia J Bales_
Deponent