**EXHIBIT D**







Cynthia Baker
3/09/05

EXHIBIT #6
Baker
SMS

**EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BALER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 04-11885-PBS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

THE ORAL DEPOSITION OF PHILIP BALER, held pursuant to Notice, and the applicable provisions of the Federal Rules of Civil Procedure, before Marguerite Summers, a Court Reporter and Notary Public, within and for the Commonwealth of Massachusetts, at the offices of the United States Attorney, 1 Courthouse Way, Boston, Massachusetts, on Wednesday, March 9, 2005, commencing at 11:50 a.m.

ORIGINAL

APEX Reporting
(617) 426-3077

| | | |
|---|---|---|
| 1 | A | No, I have not. |
| 2 | Q | Would you please state your name for the record, |
| 3 | | please? |
| 4 | A | Philip Baler. |
| 5 | Q | And what is your address, sir? |
| 6 | A | 174 Lowell Road, Mashpee, Mass. |
| 7 | Q | And how long have you lived at that address? |
| 8 | A | A year ago November, a year and a quarter. |
| 9 | Q | What was your address before that? |
| 10 | A | 74 Hampden Drive, Norwood, Mass. |
| 11 | Q | And how long did you live there? |
| 12 | A | About five years. |
| 13 | Q | What is your Social Security number? |
| 14 | A | 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. |
| 15 | Q | And your date of birth? |
| 16 | A | November 13th, 1937. |
| 17 | Q | Have you been deposed before? |
| 18 | A | Yes. |
| 19 | Q | When was that? |
| 20 | A | Approximately 20 years ago. |
| 21 | Q | And do you remember what the name of that case |
| 22 | | was? |
| 23 | A | It was probably Baler vs. Gordon. |
| 24 | Q | Gordon? |
| 25 | A | Gordon. |

| | | |
|---|---|---|
| 1 | A | September 4th, 1960. |
| 2 | Q | All right.  Any children? |
| 3 | A | Yes. |
| 4 | Q | And that's Amanda, Michael and Jeffrey? |
| 5 | A | Right. |
| 6 | Q | Do you remember what the weather conditions were |
| 7 | on September 11th, 2002? | |
| 8 | A | I would say it was probably -- I think it was |
| 9 | cloudy. | |
| 10 | Q | A cloudy day? |
| 11 | A | Yes. |
| 12 | Q | Do you remember if it rained that day or the day |
| 13 | before? | |
| 14 | A | I can't say if it -- no, I can't tell you that.  I |
| 15 | don't know. | |
| 16 | Q | Do you remember if it was a warm day? |
| 17 | A | I can't tell you. |
| 18 | Q | And that day, you were -- you traveled to the |
| 19 | Medfield Post Office.  Correct? | |
| 20 | A | Yes. |
| 21 | Q | Do you remember why you went to that post office? |
| 22 | A | We were coming back from the Natick/Framingham |
| 23 | area, I believe, on the way home. | |
| 24 | Q | Had you been in that post office before? |
| 25 | A | I think I've mailed letters outside of that post |

```
 1      A    I think just a matter of a few minutes.
 2      Q    A few minutes, meaning--
 3      A    Maybe three-four minutes.
 4      Q    So your wife was inside for about three or four
 5 minutes?
 6      A    From the time she left the car, before the woman
 7 came out to see me, let's say just a few minutes.
 8      Q    And few, again, you said three or four minutes?
 9      A    Three or four minutes.
10      Q    When you went inside, can you describe for me what
11 you saw?
12      A    My wife was -- I think she was sitting up --
13 sitting on the ground near the wall, and maybe near the
14 door.  And a little blood coming out of her left eye with a
15 big bruise on her head, and she was dazed, quite dazed as a
16 matter of fact.
17      Q    And what did you say?
18      A    "How are you," and she really couldn't respond too
19 much.
20      Q    What did you do next?
21      A    I went inside.  There were two clerks who sold
22 stamps, whatever they do, and said, "My wife has fallen.  I
23 need some help."
24           And they, in turn, got somebody who came out to
25 the foyer to see my wife.
```

*APEX Reporting*
(617) 426-3077

```
 1      A    I don't think it was more than an inch or two, a
 2   couple of inches.
 3      Q    Enough for you to notice it?
 4      A    Enough to know it was obvious, yes.
 5      Q    Were you carrying a cell phone that afternoon?
 6      A    I was not.
 7      Q    Was your wife?
 8      A    That, I don't know.
 9           MR. WILMOT:  I think that's all I have.
10           MR. ROY:  I have no questions.
11           (Whereupon, at 12:05 p.m., the proceedings were
12   concluded.)
```

18

## CORRECTION SHEET

## DEPOSITION OF PHILIP BALER

| PAGE NO. | LINE NO. | SUGGESTED CORRECTION |
|---|---|---|
| 5 | 5 | Condominium #113 |
| 6 | 21 | PANCREASE |

19

SIGNATURE OF WITNESS:

I have read the foregoing transcript and the same contains a true and accurate recording of my answers to the questions therein set forth, subject to the change and/or correction sheet(s) attached.

_____
Deponent

**EXHIBIT F**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BALER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | C.A. 04-11885-JLA |

## **AFFIDAVIT OF STEPHEN J. KELLEY**

I, Stephen J. Kelley, hereby state as follows:

1. I am over the age of 18, and am mentally competett to testify as to the matters contained in this affidavit.

2. The information contained in this affidavit is based upon my personal knowledge.

3. I make this affidavit knowingly and voluntarily.

4. I am the Postmaster of the Medfield Post Office (the "Post Office"), located in Medfield Massachusetts.

5. As I testified in my February 22, 2005, deposition, on September 11, 2002, I held the position of Supervisor of Customer Service at the Post Office. In that role, I was responsible for making sure the Post Office was clean and safe.

6. As I testified in my February 22, 2005, deposition, in 2002, the Post Office contracted with Olympic Cleaning to clean the entire building, including the vestibule area. Olympic Cleaning performed its duties daily between 11:00 a.m. and 2:00 p.m.

7. In 2002, every day, Olympic Cleaning vacuumed the rubber backed mat, and swept and washed the entire vestibule area at some time between between 11:00 a.m. and 2:00 p.m.

8. As I testified in my February 22, 2005, deposition, in 2002, the Post Office contracted with G&K, a janitorial service, who replaced the rubber backed mat in the vestibule area with a new mat weekly.

9. As I testified in my February 22, 2005, deposition, in 2002, I checked the vestibule area, including the rubber backed mat, once or twice daily to ensure that the vestibule area was clean and safe. I typically performed these checks randomly between 7:30 a.m and 5:30 p.m.

Signed this 28th day of April, 2005, under the pains and penalties of perjury.

_____
STEPHEN J. KELLEY
Postmaster, Medfield Post Office