Exh 4
Baler
3/9/05

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

CYNTHIA BALER                          )
     Plaintiff,                        )
                            )   C.A. NO.: 04-11885 PBS
vs.                                    )
                               )
UNITED STATES OF AMERICA               )
     Defendants                        )

## PLAINTIFF'S ANSWERS TO INTERROGATORIES
## OF DEFENDANT UNITED STATES OF AMERICA

### INTERROGATORY NO.1:

Please identify yourself fully, giving your full name, date of birth, Social Security Number, residence and employer's company name and business address.

#### ANSWER NO. 1:

Cynthia Baler, 5/13/39, 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, 174 Lowell Road, Apt # 113, Mashpee, MA 02649, Not Employed

### INTERROGATORY NO. 2:

Describe in detail all injuries, symptoms, illnesses, conditions or disabilities, whether physical, mental, or emotional, which you have experienced since the fall alleged in your Complaint (hereinafter the "Incident"), and which you claim to have been caused, aggravated, or otherwise contributed to by the Incident, stating when such injuries, symptoms, illnesses, or disabilities first manifested themselves.

#### ANSWER NO. 2:

I tripped on a bunched up rug in the foyer of the Medfield, MA, Post Office. I fell forward 4 -5 feet and struck my head on the wall. On impact, my glasses cut into my eyebrow causing a wound. My entire body twisted and I then fell completely to the floor. In trying to prevent my fall, I landed on my left shoulder severely injuring it and my arm. Also when I fell, I twisted my left leg injuring it and causing bruising on both of my knees and legs. I also sustained a bump on my head.

2

## INTERROGATORY NO. 3:

With respect to each claimed injury, symptom, illness, condition or disability set forth in response to Interrogatory No. 2, state whether or not you have now recovered therefrom, and, if so, state the approximate date of such recovery.

### ANSWER NO. 3:

Although I suffered from headaches for a few months, my head injury has improved. I have not fully recovered from my shoulder injury even though I improved. My mobility is limited and I cannot fully raise my left arm and I have periodic pain. Now that I will be having knee replacement surgery due to arthritis I need to be able to lift both arms to get myself out of bed, use crutches and a walker. Because of my shoulder injury, these things will be very difficult if not impossible to do.

## INTERROGATORY NO. 4:

If you at any time took or currently take any medications, prescription or otherwise, as a result of any injury sustained in the Incident, state:

   a.    the name of each medication;
   b.    whether the medication requires a prescription;
   c.    the name of the physician recommending or prescribing the medication;
   d.    the condition for which the medication is or was taken; and
   e.    the dates on which you began and finished taking the medication.

### ANSWER NO. 4:

Because of sensitivity to many medications I was only able to take Advil and extra strength Tylenol, which where prescribed by Dr. J. Zilberfarb (Orthopedic Surgeon)

## INTERROGATORY NO. 5:

State the time of day that you allege that you fell, and state fully and in detail the exact location where you allege that you fell. Describe completely the vicinity and surroundings of such location.

### ANSWER NO. 5:

I fell in the foyer of the Medfield Post office on a bunched rug on September 11, 2002 at approximately 3:30 p.m.

3

## INTERROGATORY NO. 6:

State in full and complete detail how the alleged Incident occurred stating what you saw and the order in which the events took place.

### ANSWER NO. 6:

I bought my stamps and as I was leaving the post office, I walked and tripped over a bunched up rug. I noticed it just before I tripped but could not stop my fall. A woman inside the post office rushed to my assistance.

## INTERROGATORY NO. 7

If you were carrying or holding anything at the time of the Incident, please:

- a.    give a complete description of what you were carrying or holding, including in your answer the weight, size and shape of any such object; and
- b.    describe how you were carrying or holding it, including in your answer whether you were using one or both hands.

### ANSWER NO. 7:

I had a small purse crossed over my chest, nothing else.

## INTERROGATORY NO. 8:

State in full and complete detail what you observed with regard to the lobby area in the Medfield, Massachusetts United States Postal Service at the time of the alleged incident.

### ANSWER NO. 8:

I noticed the bunched up rug as I was falling but I could not stop my fall in time.

## INTERROGATORY NO. 9:

Please identify each medical professional who has treated, examined, or in any other way consulted with you, during the period from January 1, 1999 to the present, for any physical condition resulting from any injury other than that which is the subject of this lawsuit. For each professional, please identify:

- a.    their full name, business address, and medical qualifications;
- b.    the date of each examination, treatment, or consultation performed;

4

c.    the illness, condition, complaint or injury for which each examination, treatment, or consultation was performed;

d.    the nature of the examination, treatment, or consultation rendered;

e.    the name of any medications prescribed;

f.    whether said medication(s) required a prescription;

g.    the injury, symptom, complaint or condition for which each such medication was taken;

h.    the dates you began and finished taking the medication;

i.    whether or not the symptoms evidencing such conditions were relieved, and, if so, the date of relief;

j.    any documentation or report made by a treating, examining, or consulting physician; and

k.    whether or not you previously injured your left shoulder, back, and/or right knee, and if so, the date of the injury and if you were treated by a medical professional.

## ANSWER NO. 9:

a-k.    Dr. Charles Schulman 1101 Beacon Street, Suite 4 East, Brookline, MA, was seen for my annual physical. I also saw him from time to time to check my blood pressure.

## INTERROGATORY NO. 10:

State whether you suffered any injuries subsequent to the Incident. With respect to any and each such subsequent injury, list every symptom, complaint, physical impairment, mental impairment, whether permanent or temporary, which you have suffered as a result of such subsequent injuries.

## ANSWER NO. 10:

Subsequent to the incident, I had problems with my knee and left shoulder. For a further information, please see my answer to interrogatory number 3.

## INTERROGATORY NO. 11:

If you claim that, as a result of the alleged incident, you were incapacitated, or otherwise unable to perform normal activities of daily living, please state in full and complete detail, the beginning and ending date of any period of partial or full incapacity.

## ANSWER NO. 11

My arms and legs have given me the most trouble. I cannot lift my left arm all the way and suffer from periodic pain.

## INTERROGATORY NO. 12:

Please identify each medical professional who has treated, examined, or in any other way consulted with you regarding any injuries, symptoms, complaints, illnesses, conditions or

disabilities, whether physical, mental, or emotional, you claim was caused by Incident. For each professional, please identify:

a.   Their full name, business address, and medical qualifications;
b.   the date of each examination, treatment, or consultation performed;
c.   the illness, condition, complaint or injury for which each examination, treatment, or consultation was performed;
d.   the nature of the examination, treatment, or consultation rendered;
e.   the name of any medications prescribed;
f.   whether said medication(s) required a prescription;
g.   the injury, symptom, complaint or condition for which each such medication was taken;
h.   the dates you began and finished taking the medication;
i.   whether or not the symptoms evidencing such conditions were relieved, and, if so, the date of relief;
j.    any documentation or report made by a treating, examining, or consulting physician; and
k.   all bills concerning such treatment, examination, or consultation.

## ANSWER NO. 12:

a-i

| Jeffrey Zilberfarb Orthopedic | 1101 Beacon Stret Suite 5 West Brookline, MA 02446 | Advil & Extra Strength Tylenol | 9/13/02, 10/7/02 10/15/02,2/ 27/03, 4/15/03 & 5/22/03 |
|---|---|---|---|
| Dr. Charles Schulman | 1101 Beacon Street Suite 4 West Brookline, MA 02446 | | 9/12/02, 1/ 28/03, 7/8/03 |
| Guild Medical Center Physical Therapy | 825 Washington Street Suite, 280 Norwood, MA 02062 | | 9/23/02, 9/26/02, 10/7/02,10/ 29/02 10/31/02, 11/6/02 11/12/02 & 11/14/02 |
| Carita Norwood Hospital E.R. Visit | 800 Washington Street Norwood, MA 02062 | | 9/11/02 |

6

j-k.    For a further answer, please see medical records and bills produced
        in response to defendant's request for production of documents.

## INTERROGATORY NO. 13:

State whether any diagnostic studies, tests, procedures, including the taking of x-rays, have been
performed since the Incident. If the answer to this interrogatory is in the affirmative, state with
respect to each study, test of procedure:

a.    the nature of each;
b.    the name, address and occupation of the person who performed it;
c.    the time and place where it was performed; and
d.    the name and present address of the party now in possession or control of any
      records prepared in connection with each such study, test or procedure.

### ANSWER NO. 13:

For answer to this interrogatory, please see the medical records produced in
response to defendant's request for production of documents.

## INTERROGATORY NO. 14:

State whether you are presently under the care of any medical professional. If the answer to this
interrogatory is in the affirmative, state:

a.    the name and address of each medical professional;
b.    the conditions for which care is being rendered; and
c.    whether such conditions are related to the Incident.

### ANSWER NO. 14:

I will be undergoing knee surgery at the New England Baptist Hospital under the
care of Dr. Donald Reilly. A date has not yet been set. This condition is related
to arthritis and I do not contend that this condition is related to the incident.

## INTERROGATORY NO. 15:

Please state your complete educational background, specifying the names and dates of schools
attended, degrees or diplomas received, including trade schools, academic institutions and other
places of learning.

### ANSWER NO. 15:

Girls Latin School, High School Diploma, 1951-1956.
Simmons College, No Diploma, 1957-1960.

## INTERROGATORY NO. 16:

For each person or organization by or with whom you are or were employed from Fiscal Year 1999 to the present, please state:

a.  the name and address of each place of employment;
b.  the dates of each employment;
c.  the nature of your work or duties;
d.  the place(s) where your work or duties were performed;
e.  the average weekly or monthly compensation from each employment and your basis for computation, indicating the total amount of any overtime compensation during each calendar year, together with the amounts and basis for receipt of any special bonus; and
f.  the date you left such employment and the reason for leaving.

### ANSWER NO. 16:

No answer required.

## INTERROGATORY NO. 17:

State your annual gross earnings for Fiscal Year 1999 to the present.

### ANSWER NO.17:

No answer required.

## INTERROGATORY NO. 18:

Please itemize separately and in full, complete, and specific detail each and every element of damage which you claim to have suffered as a result of the Incident, specifically those damages referred to in paragraphs 12 and 15 and in your prayer for relief. For each element of damage identified, please specify:

a.  The count or defense to which the item of damages relates;
b.  The category into which each item of damage falls (i.e. lost wages, general damages, special consequential damages, interest, and any other relevant categories);
c.  The factual basis for each item of damages;
d.  The exact monetary amount of the damage;
e.  Explanation of how you computed each item of damages, including any mathematical formula used;
f.  Identify by whom it was calculated; and
g.  Please identify each document pertaining to each item of damages stated in your response.

**ANSWER NO. 18:**

| Jeffrey Zilberfarb | 9/13/02-4/15/02 | $828.00 |
|---|---|---|
| Physical Therapy | 9/23/02-11/14/02 | $810.00 |
| Caritas Norwood Hospital | 9/11/02 | $1,716.50 |
| Cardiology of Greater Boston | 9/13/02-7/8/03 | $400.00 |

Total damages sought are as set forth on the SF 95 amount to $60,000.00.

**INTERROGATORY 19:**

If you contend that any injury, symptom, illness, or disability resulting from the Incident is permanent, state with respect to each such injury, symptom, illness or disability:

      a.     the specific medical reason(s) for that answer;

      b.     the extent of each injury, symptom, illness, or disability which you claim to be permanent; and

      c.     whether you claim that your ability to work will be impaired thereby and, if so, the manner in which your ability will be impaired.

**ANSWER NO. 19:**

I understand that my left shoulder condition is permanent. As a further answer, you are referred to the report of Dr. Zilberfarb provided in response to defendant's request for production of documents.

**INTERROGATORY NO. 20:**

Please describe what you were wearing at the time of the Incident described in your Complaint, including but not limited to footwear and eyeglasses, and the condition of these items, before and after the Incident alleged.

**ANSWER NO. 20:**

At the time of the incident I was wearing slacks, shoes and a pair of eyeglasses, all in good condition.

**INTERROGATORY NO. 21:**

With regard to the allegations contained in your Complaint that the defendant was negligent, please state, how, wherein and what manner you allege this defendant was negligent, and each and every fact on which you base said allegation.

**ANSWER NO. 21:**

The defendant did not secure the rug in such a manner to prevent either the door or heavy traffic from moving it and causing it to bunch up. In addition, it was not taped or otherwise secured to the floor.

**INTERROGATORY NO. 22:**

Please identify each person whom you intend to call as a witness at trial in this matter. For each person, state:

a.    The name and business address of the person;
b.    A full, complete, and detailed description of the subject matter upon which the
      person is expected to testify.

**ANSWER NO. 22:**

| Steven Kelley<br>Medfield Post Office<br>Medfield, MA | Postmaster | Condition of property and incident. |
|---|---|---|
| Phil Baler<br>174 Lowell Road, Apt #114<br>Mashpee, MA | Husband | The incident and resulting injuries. |
| Jeffrey Zilberfarb<br>1101 Beacon Stret<br>Suite 5 West<br>Brookline, MA 02446 | Orthopedic Doctor | Physical Condition. |

**INTERROGATORY NO. 23:**

Please state the name, title (if any), specialty, employer, and business address of any person whom you plan to call as an expert witness at trial. With respect to each person, describe the following:

a.    A full, complete, and detailed description of the subject matter on which the
      person will testify;
b.    Whether such person has prepared or will be preparing a written report of
      findings;
c.    The academic and other qualifications of such person;
d.    The substance of the facts and explanations of data to
      which such person is expected to testify;
e.    A summary of the grounds for each explanation of data listed in answer to part (d)
      of this interrogatory;

f.  All documents and any other material that such person relied upon or consulted in any manner in determining any facts and formatting any opinions listed in answer to part (d) of this

g.  All documents and any other material that such person is expected to rely upon at the trial;

h.  A complete bibliography of the textbooks, treatises, articles and other works of such person regarded as authoritative on the subject matter on which he will be testifying;

i.  The manner in which such person became familiar with the facts of the case; and

j.  Each and every occasion upon which any expert witness you expect to call at trial has ever testified in a court of law, stating the full caption of the case, including the court, full title, and docket number; the substance of their testimony; and their role in providing such testimony, e.g., expert, defendant, witness, etc.

## ANSWER NO. 23:

I do not expect to call any experts other than Dr. Zilberfarb. His medical report has been produced in response to the defendant's request for production of documents.

## INTERROGATORY NO. 24:

Identify all persons having knowledge of the facts alleged in your Complaint, including those persons having knowledge of the circumstances of the Incident, and the impact on your life (including medical, economic, social, emotional, personal, effects) of the injuries that resulted from the Incident.

## ANSWER NO. 24:

Norwood Hospital, Philip Baler, Steve Kelley (postmaster), Dr. Charles Shulman, and Dr. J. Zilberfarb.

## INTERROGATORY NO. 25:

If you consumed any alcoholic beverages, medications, or drugs in the twenty—four hour period immediately prior to the incident described in your Complaint, please describe said alcoholic beverage, medication or drug, the purpose for which you consumed said alcoholic beverage, medication or drug, the amount consumed, and the time last prior to the Incident when you consumed it/them.

## ANSWER NO. 25:

I did not consume any alcoholic beverages. However, I take daily medication for high blood pressure and cholesterol. I have never fallen before or since the incident in the complaint.

11

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 7th DAY OF MARCH, 2005.

Cynthia Baler

As to objections,

Jeffrey N. Roy
RAVECH & ROY, P.C.
One Exeter Plaza
699 Boylston Street
Boston, MA 02116
(617) 303-0500
BBO # 548618

## CERTIFICATE OF SERVICE

I, Jeffrey N. Roy, hereby certify that on March 7, 2005, I served a copy of the foregoing document on the within named defendant by causing a copy of same to be:

☐ Served with the summons and complaint;

☐ Mailed, postage prepaid, to all counsel of record;

☒ Hand-delivered.

Jeffrey N. Roy