```
 1    - 40
 2
 3
              IN THE UNITED STATES DISTRICT COURT
 4
                          FOR THE
 5
                   DISTRICT OF MASSACHUSETTS
 6
 7
 8    CYNTHIA BALER,                    )
                                        )
 9                  Plaintiff,          )
                                        )
10    vs.                               )   CIVIL ACTION NO.
                                        )   04-11885-PBS
11    UNITED STATES OF AMERICA,         )
                                        )
12                  Defendant.          )
13
14         THE ORAL DEPOSITION OF CYNTHIA BALER, held
15    pursuant to Notice, and the applicable provisions of the
16    Federal Rules of Civil Procedure, before Marguerite Summers,
17    a Court Reporter and Notary Public, within and for the
18    Commonwealth of Massachusetts, at the offices of the United
19    States Attorney, 1 Courthouse Way, Boston, Massachusetts, on
20    Wednesday, March 9, 2005, commencing at 11:00 a.m.
21
22
23
24
25
```

```
 1      the main post office, you're saying the door on the right --
 2      that the rug was in front of the door on the right.
 3          A    Yes.
 4          Q    Does that refresh your memory that perhaps you
 5      were exiting out of this right door or no?
 6          A    I did exit that door.
 7          Q    That door, being the right door--
 8          A    Yes.
 9          Q    --that would enter into the main post office?
10          A    I exited that door.
11          Q    Now did you see any bunches in the rug as you were
12      exiting?
13          A    As I was exiting?  Yes.
14          Q    You did.  Can you describe the bunches, if you
15      could.  Were they large bunches in the rug, small?
16          A    They were medium.  It was like a rolled up area.
17          Q    About how high would you say that rolled up area
18      was?
19          A    I'm really bad at -- it was elevated but I don't
20      know how--
21          Q    But enough for you to see it.
22          A    Yes.
23          Q    Was that the only rug in the foyer area?
24          A    Yes.
25          Q    And what happened next?
```

Page 24

```
 1      A    I started to walk out and as I was walking, as I
 2  mentioned, I was looking at the path of egress.  I was
 3  already walking and as I was walking, I tripped noticing at
 4  the same time what I had tripped over, which was the bunched
 5  up part of the rug.
 6      Q    So you did not see the bunch in the rug until you
 7  tripped on it.
 8      A    I saw it either just prior to my tripping on it.
 9  Actually, I saw it as I was walking and could not stop and
10  tripped over it and fell.  I was walking.
11      Q    You say you could not stop.  Is there a reason why
12  you could not stop?
13      A    Well, as you're walking and you're in motion, it's
14  hard to stop the motion once you committed to the actual
15  step.  And that's what happened.
16      Q    How fast were you leaving?
17      A    Normal pace.
18      Q    You weren't running?
19      A    No.
20      Q    Were you rushing to get out of the post office?
21      A    No.
22      Q    If you saw the bunch in the rug, why did you step
23  on it?
24      A    As I mentioned, I saw it as I was walking past it
25  and I could not stop my forward motion.
```