Stephen J. Kelley
2/22/2005

Page 1

Volume 1, Pages 1 - 53

Exhibits: 1 - 6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - -

CYNTHIA BALER

      Plaintiff

vs.                           Docket No. CA 04-1185-PBS

UNITED STATES OF AMERICA

      Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF STEPHEN J. KELLEY

Tuesday, February 22, 2005, 10:49 a.m.

Ravech & Roy, PC

One Exeter Plaza

699 Boylston Street

Boston, Massachusetts


- - - - - - -Reporter: Kathleen L. Good, CSR, RPR- - - - - - -

K. L. GOOD & ASSOCIATES

Post Office Box 367

Swampscott, Massachusetts 01907


Tel. 781-367-0815    Fax 781-598-0815

Page 4

```
 1   A.   Norwood, Mass.
 2   Q.   What is the street address?
 3   A.   315 Railroad Ave.
 4   Q.   How long have you lived there?
 5   A.   Eleven years.
 6   Q.   Do you live there with anyone?
 7   A.   My wife and daughter.
 8   Q.   What your wife's name?
 9   A.   Therese.
10   Q.   Same last name?
11   A.   Yes.
12   Q.   Do you have any plans to move from that address
13        at any time in the near future?
14   A.   Probably about three years, four years.
15   Q.   You're not actively looking at this point?
16   A.   Well, I can retire yesterday.  So when I get
17        tired of everybody, it's good-bye, I'm walking,
18        so, yes, I am looking now too.
19   Q.   All right.  What is your daughter's age?
20   A.   Twelve.
21   Q.   Are you currently employed?
22   A.   Yes.
23   Q.   Where do you work?
24   A.   Medfield Post Office.
```

Stephen J. Kelley
2/22/2005

Page 5

| | | |
|---|---|---|
| 1 | Q. | How long have you worked there? |
| 2 | A. | In the post office or in Medfield? |
| 3 | Q. | In Medfield. |
| 4 | A. | Be five years now. |
| 5 | Q. | Am I correct that you're the postmaster there? |
| 6 | A. | Yes. |
| 7 | Q. | Have you been the postmaster for all five years? |
| 8 | A. | No. Since October of last year. |
| 9 | Q. | October of 2004? |
| 10 | A. | 2004. |
| 11 | Q. | Prior to October 2004, what was your title? |
| 12 | A. | Supervisor customer service. |
| 13 | Q. | How long were you the supervisor of customer |
| 14 | | service? |
| 15 | A. | Again, for post office or for Medfield? |
| 16 | Q. | For Medfield. |
| 17 | A. | From the time I started there five years ago. |
| 18 | Q. | So approximately four years as supervisor? |
| 19 | A. | Four years, six months, five months. |
| 20 | Q. | Prior to that, where did you work? |
| 21 | A. | Norwood. |
| 22 | Q. | How long did you work at the Norwood Post |
| 23 | | Office? |
| 24 | A. | Twice, so I have to -- I started there in 1978. |

Stephen J. Kelley
2/22/2005

Page 7

1   A.   City carrier.
2   Q.   Was that from 1981 to '84?
3   A.   That was from '78 all the way up.
4   Q.   '78 all the way up.
             As the supervisor for customer service,
5
6        what were your duties and responsibilities at
7        the Medfield Post Office?
8   A.   I had all the responsibilities of the building,
9        all employees, city areas, rural carriers and
10       clerks.
11  Q.   So you were generally responsible for the
12       building and the employees?
13  A.   Uh-huh.
14            Postmaster is just a figurehead,
15       unfortunately.
16  Q.   Was the postmaster physically located at the
17       Medfield Post Office?
18  A.   He went home at eleven o'clock every day.
19  Q.   So you would generally run the show?
20  A.   Uh-huh.  He'd come in at four and go home at
21       eleven.  I'd come in at 8:30, 8:00, and stay
22       until six.
23  Q.   What responsibilities did you have with regard
24       to the building itself?

Stephen J. Kelley
2/22/2005

Page 8

```
1    A.    To make sure that it was clean, no unsafe acts
2          could happen there.
3    Q.    I didn't get the second part.
4    A.    Make sure everything was safe in the building,
5          that there was no broken windows, doors locked,
6          weren't damaged or tampered with.
7    Q.    What did the Medfield Post Office facility
8          consist of?
9    A.    As far as what do you mean?
10   Q.    What type of a building was it?  How many
11         floors?
12   A.    One floor.  Brand new building.  It's seven
13         years old.  It's one floor, no cellar and no
14         attic.  Well, crawl space attic, that's about
15         it.
16   Q.    Do you know how many square feet the building
17         is?
18   A.    Not offhand, no.
19   Q.    The customer area, how big is that?
20   A.    I couldn't tell you.
21               MR. ROY:  I have a diagram here.
22               (Marked, Exhibit No. 1, Diagram.)
23   Q.    Let me show you a diagram marked as Exhibit
24         No. 1.
```

K. L. GOOD & ASSOCIATES

Stephen J. Kelley
2/22/2005

Page 14

1  Q.  So this photograph wouldn't show that other
2      doorway at all?
3  A.  No, no.
4  Q.  Then as I'm looking at this photograph here, I
5      would be standing at the other side entrance?
6  A.  Correct.
7              (Marked, Exhibit No. 2, Photograph.)
8  Q.  Just for the record, that photograph that we
9      were referring to, we have marked as Exhibit
10     No. 2.  Okay?
11 A.  Yes.
12 Q.  Now, was this facility already constructed when
13     you came to Medfield?
14 A.  Yes.
15 Q.  Did you play any role whatsoever in the
16     construction of the building or design and
17     layout of the building?
18 A.  No, no.
19 Q.  You were at Norwood at the time?
20 A.  Correct.
21 Q.  Does your oversight responsibility also pertain
22     to the vestibule area which is shown in Exhibit
23     2?
24 A.  Correct.  And the sidewalk and the outside, the

Stephen J. Kelley
2/22/2005

Page 16

```
1    Q.   And they were there until the end of 2002?
2    A.   Around October of -- October, November, 2002.
3    Q.   Sometime shortly after the incident at issue
4         here; is that correct?
5    A.   Uh-huh.
6    Q.   What did G and K actually do at that building
7         when they were working there?
8    A.   They took all the rugs out and put new rugs in,
9         took mop heads out, put new mop heads in.  I
10        believe it was once a week.
11   Q.   Who contracted with G and K?  Was it the post
12        office or the landlord for the building?
13   A.   The post office.
14   Q.   And who was the contact with G and K?
15   A.   That I don't know.
16   Q.   Did you ever have any contact or communications
17        with them?
18   A.   No.
19   Q.   Did you ever see them in the building?
20   A.   Yeah.  I seen them come in.  I'd have to sign
21        the slip every time they came in.
22   Q.   They came in when the building was open?
23   A.   Right.  I had to go around and make sure
24        everything was new they put in and not just
```

| | | |
|---|---|---|
| 1 | Q. | So that -- |
| 2 | A. | There's one on each end. |
| 3 | Q. | Just in front of the doors? |
| 4 | A. | Correct.  One on the side and one down the |
| 5 | | center. |
| 6 | Q. | And those were built into the floor? |
| 7 | A. | Correct. |
| 8 | Q. | And who cleaned those? |
| 9 | A. | We have a cleaning contractor. |
| 10 | Q. | Who is that? |
| 11 | A. | Olympic Cleaning. |
| 12 | Q. | How often did they come in? |
| 13 | A. | Every day. |
| 14 | Q. | What time of day did they come in? |
| 15 | A. | Anywhere from eleven to one. |
| 16 | Q. | What did they clean? |
| 17 | A. | The whole building. |
| 18 | Q. | How did they maintain the floors and the |
| 19 | | vestibule area shown in Exhibit 2? |
| 20 | A. | They would vacuum, sweep, wash it if it needs |
| 21 | | washing.  Twice a year it would get waxed. |
| 22 | Q. | So this was a cleaning contract separate and |
| 23 | | distinct from the G and K -- |
| 24 | A. | Correct.  G and K just brought rugs and mops. |

Page 21

```
1         October, they left.  The other one came in and
2         last year we stopped putting them down because
3         of cutbacks, my budget got cut.
4    Q.   So G and K worked there with putting these mats
5         in until sometime near the end of 2002?
6    A.   Uh-huh.
7    Q.   When the new company came in, that's this --
8    A.   Cintas.
9    Q.   -- Cintas, did they continue with putting down
10        the mats?
11   A.   Up until the first part of 2004.
12   Q.   Then what happened in 2004 to end that practice?
13   A.   Budget cut.
14   Q.   What do you mean by that?
15   A.   Cut back as much as you can.  Don't spend as
16        much money.  If you don't need it, don't buy it.
17        So now I have just ones on the inside, nothing
18        on the outside.
19   Q.   And how did you determine which mats to keep and
20        which mats to eliminate?
21   A.   The ones I really felt I didn't need as much.
22        Most of them were on the inside, where the
23        employees are.  And this one out here.
24   Q.   How many mats were placed around the post office
```

Page 22

| | | |
|---|---|---|
| 1 | | by either G and K or Cintas? |
| 2 | A. | Seven. |
| 3 | Q. | Seven mats? |
| 4 | | How many did you eliminate in early -- |
| 5 | A. | Four. |
| 6 | Q. | -- 2004? |
| 7 | | Among the ones eliminated are the one |
| 8 | | shown in Exhibit No. 2; is that correct? |
| 9 | A. | Yes. |
| 10 | Q. | Where were the others? |
| 11 | A. | Inside the lobby, there was three.  And three in |
| 12 | | the employee area. |
| 13 | Q. | Which ones were maintained? |
| 14 | A. | The ones in the lobby. |
| 15 | Q. | So the ones that the employees used are gone? |
| 16 | A. | Gone. |
| 17 | Q. | And the one in the outside vestibule is gone? |
| 18 | A. | Gone. |
| 19 | Q. | So you still have three in that customer lobby |
| 20 | | area? |
| 21 | A. | Yes. |
| 22 | Q. | Now, these doors that go from the vestibule |
| 23 | | area, in fact, the one right in front of this on |
| 24 | | the picture, it's to the right of the mat, is |

Page 23

```
 1      that a swinging door or sliding door?
 2  A.  No.  You have to open it.  One goes in and one
 3      goes out.  This one -- trying to think which
 4      way -- that one goes in and that one comes out.
 5  Q.  So this door that we can see towards the front
 6      of the photo and to the right of the black mat
 7      would swing out towards the mat?
 8  A.  Uh-huh.
 9          I'm trying to think now.  No.  That's
10      in, that's out.  Because you come in this way
11      and go out that way.
12  Q.  Let me show you some other photos.  It might
13      help.
14          These are some other photographs.  See
15      if those help you in determining whether that
16      door swings in or out.
17          (Pause.)
18  A.  I am almost positive this one here is the one
19      that they come in and this is the one they're
20      going out.  I don't believe they go both ways
21      but there's a possibility.  I just see enter and
22      exit.
23  Q.  You're not sure, though, as you sit here today,
24      whether the doors go both ways?
```

Stephen J. Kelley
2/22/2005

Page 24

```
 1   A.   Right.
 2   Q.   Have you ever had, in your years there at the
 3        Medfield Post Office, any issues with these mats
 4        bubbling or getting hit by the door?
 5   A.   No.
 6   Q.   Do you know what I mean by "bubbling"?
 7   A.   Uh-huh.
 8   Q.   I'm looking at this photograph -- we'll get them
 9        marked.  Do you see these series, it looks like
10        Polaroid photographs?
11   A.   Okay.
12   Q.   Do you see this ripple in the carpet?
13   A.   Yes, I see something.
14   Q.   Do you know how that happened on these --
15   A.   No.
16   Q.   Have you ever seen that before?
17   A.   Not to my knowledge, no.
18   Q.   Do you know who took these photographs?
19   A.   Could have been one of the employees took them.
20        Could have been me.  Could have been the
21        postmaster, the next day.  I don't know, to be
22        honest with you.
23               (Marked, Exhibit No. 3, Photographs.)
24   Q.   Going back to the mats which were eliminated,
```

Stephen J. Kelley
2/22/2005

Page 37

| | | |
|---|---|---|
| 1 | | office. It only pertains to your office. |
| 2 | Q. | The accident number which is on Exhibit No. 5, |
| 3 | | is that something assigned by your office? |
| 4 | A. | Uh-huh. |
| 5 | Q. | Do you know how that number was arrived at? |
| 6 | A. | I don't know how they got that -- I don't know |
| 7 | | who did that. That's not my writing. |
| 8 | Q. | In your five years there, how many accidents |
| 9 | | have you had at the post office? |
| 10 | A. | Now, are you talking public or are you talking |
| 11 | | employees? |
| 12 | Q. | Public. Customers. |
| 13 | A. | Right there. |
| 14 | Q. | That's the only one? |
| 15 | A. | Uh-huh. |
| 16 | Q. | Let's move on to Exhibit No. 6. I'd ask you to |
| 17 | | take a look at that and tell me when you're |
| 18 | | finished. |
| 19 | | (Pause.) |
| 20 | A. | Okay. |
| 21 | Q. | What is that form? |
| 22 | A. | That's an investigating sheet. |
| 23 | Q. | Who filled that one out? |
| 24 | A. | I did. |

Stephen J. Kelley
2/22/2005

Page 46

```
 1              Just try to wait for me to finish my
 2     question and answer so it's clear on the record.
 3  A. Okay.
 4  Q. Did anyone during the week check on those mats,
 5     the black mats that are depicted in Exhibit
 6     No. 3?
 7  A. I do once or twice a day, my custodian who goes
 8     out there or the cleaning guy goes out there,
 9     cleans them every day.
10  Q. What is the name of your custodian?
11  A. The cleaning company, Olympic Cleaning.
12  Q. He would do that how many times a day?
13  A. Once a day.  Cleans, washes and vacuums.
14  Q. And you would check on it once or twice a day
15     yourself?
16  A. Yes.
17  Q. How long have you been using Olympic Cleaning?
18  A. They've been there since I've been there and
19     before.
20  Q. Exhibit No. 2 shows -- you mentioned the black
21     mats and you mentioned these -- did you call
22     them slate mats?
23  A. It's embedded in the floor.  They're like
24     grates.
```