**PHOTOGRAPHIC INFORMATION SHEET**
**PROVIDENCE DISTRICT**
CASE NO. 03-N05(A

LOCATION OF INCIDENT: 60 North St. Medfield, MA
DATE OF INCIDENT: 9-11-02   TIME OF INCIDENT: 2:35pm
PHOTOGR:

PHOTOGRAPH# 1 OF 4
DESCRIPTION:_____

**PHOTOGRAPHIC DATA**
DATE OF PHOTO:_____
TIME OF PHOTO:_____
DIRECTION:_____
DIST TO SUBJECT:_____
OTHER DATA:_____

PHOTOGRAPH# 2 OF 4
DESCRIPTION:_____

**PHOTOGRAPHIC DATA**
DATE OF PHOTO:_____
TIME OF PHOTO:_____
DIRECTION:_____
DIST TO SUBJECT:_____
OTHER DATA:_____

Kelley
EXHIBIT NO. 3
3/22/05
K.L. GOOD

USPS0006

# PHOTOGRAPHIC INFORMATION SHEET
## PROVIDENCE DISTRICT
### CASE NO. 03-N001A

LOCATION OF INCIDENT: 60 North St. Medfield, MA
DATE OF INCIDENT: 9-11-02   TIME OF INCIDENT: 2:30 PM
PHOTOGRAPHER/TITLE:

PHOTOGRAPH # 3 OF 4
DESCRIPTION: _____

**PHOTOGRAPHIC DATA**
DATE OF PHOTO: _____
TIME OF PHOTO: _____
DIRECTION: _____
DIST TO SUBJECT: _____
OTHER DATA: _____

PHOTOGRAPH # 4 OF 4
DESCRIPTION: _____

**PHOTOGRAPHIC DATA**
DATE OF PHOTO: _____
TIME OF PHOTO: _____
DIRECTION: _____
DIST TO SUBJECT: _____
OTHER DATA: _____

USPS0007