1    - 19
2
3
                IN THE UNITED STATES DISTRICT COURT
4
                            FOR THE
5
                    DISTRICT OF MASSACHUSETTS
6
7
8    CYNTHIA BALER,                    )
                                       )
9                   Plaintiff,         )
                                       )
10   vs.                               )   CIVIL ACTION NO.
                                       )   04-11885-PBS
11   UNITED STATES OF AMERICA,         )
                                       )
12                  Defendant.         )
13
14           THE ORAL DEPOSITION OF PHILIP BALER, held
15   pursuant to Notice, and the applicable provisions of the
16   Federal Rules of Civil Procedure, before Marguerite Summers,
17   a Court Reporter and Notary Public, within and for the
18   Commonwealth of Massachusetts, at the offices of the United
19   States Attorney, 1 Courthouse Way, Boston, Massachusetts, on
20   Wednesday, March 9, 2005, commencing at 11:50 a.m.
21
22
23
24
25

```
 1    to carry her out?
 2        A    No.  The woman and myself, we both took her under
 3    her arms and we escorted her to the car.
 4        Q    And the woman -- you didn't exchange any
 5    information at all?
 6        A    I did not.
 7        Q    So that was the last time you saw this woman?
 8        A    Yes.
 9        Q    And you went straight to the hospital?
10        A    Yes.
11        Q    Before leaving with your wife, did you notice a
12    rug on the ground?
13        A    I did notice a rug.  Yes, I did.
14        Q    What did you -- can you describe the rug for me?
15        A    I think it was a dark blue rug, maybe a black
16    border around the rug.  It was the type of rug that you
17    would have in a supermarket or a store in case of bad
18    weather, they would put it down.
19        Q    Did you notice any wrinkles or bunches.
20        A    Yes, I did.
21        Q    Can you describe those to me?
22        A    There was like a ripple right across the rug.
23    Part of the rug was lifted at one end and it just rolled
24    right across the rug.
25        Q    How high was this ripple?
```

```
 1      A    I don't think it was more than an inch or two, a
 2   couple of inches.
 3      Q    Enough for you to notice it?
 4      A    Enough to know it was obvious, yes.
 5      Q    Were you carrying a cell phone that afternoon?
 6      A    I was not.
 7      Q    Was your wife?
 8      A    That, I don't know.
 9           MR. WILMOT:  I think that's all I have.
10           MR. ROY:  I have no questions.
11           (Whereupon, at 12:05 p.m., the proceedings were
12   concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```