# U.S. Postal Service ACCIDENT INVESTIGATION WORKSHEET

**THIS FORM IS FOR POSTAL USE ONLY.** Copies should not be given to others at scene of accident.

| # | Field | Entry |
|---|---|---|
| 1 | Post Office | Medfield |
| | Date | 9-11-02 |
| | Time | 2:30 PM |
| | Day of Week | Wed |
| | Case No. | |
| 2 | Exact Location | 60 North St Medfield MA 02052 |
| | Road Width | |
| | No. Lanes | |
| | Traffic Control | |
| | Legal Speed | |
| 3 | Road Type | |
| | Road Conditions | |
| | Visibility | |
| | Weather | |
| 4 | Photos Taken | ☒ Yes ☐ No |
| | Police Charges | |
| | Claim Forms Issued | ☐ Yes ☐ No |
| | Offense | |
| | By (Officer's Name, Badge No., and Precinct) | |

**RECEIVED SEP 23 2002**

5. Witness Name, Age, Address & Telephone No.: 

Passenger Name, Age, Address & Telephone No.:

6. Injured or Killed (Private Party Only):
Cynthia Baler
73 Hampden Dr
Norwood, MA 02061
Tel. # 781-255-1760
(Sex) F
(Age) 63
First Aid By:
Taken To (Doctor or Hospital): Hospital
Taken By: Mr. Baler (Husband)

7. Contact Point (Postal Vehicle): | (Other Vehicle):

8. P.O. Operator Was Going (From) 4:00 AM (To) 6:00 PM

## OTHER VEHICLE(S) (If More Than One Use Additional Sheet for Each Vehicle)

9. Driver's Name (Other): | Age: | Sex: | Owner's Name, Address and Telephone No.:
Street Address:
City, State and ZIP + 4 Code: | Telephone No.:

10. Driver License (State & No.): | Expiration Date: | Public Liability Insurance Company and Address:

11. Driver's Condition: | Was Seat Belt Installed? ☐ Yes ☐ No | In Use? ☐ Yes ☐ No

12. Year | Make | Model | Type | Color | Registration (Year, State & No.)

13. Odometer Reading | Occupants (No.) (Front) (Rear) | Estimated Speed | Distance Danger Notice

14. Travel Direction | Distance Traveled After Impact (Feet) | Driven Away ☐ Yes ☐ No (If No, How Moved?)

15. Damage (Other Vehicle(s)): | Estimated Cost $

16. Statement (Other Driver):

Kelley
EXHIBIT NO. 6
2/22/05
K.L. GOOD

USPS0001

The collection of this information is authorized by 39 USC 401. This information will be used to record and resolve the circumstances relating to the accident and to evaluate your driving skills. As a routine use, this information may be disclosed to an appropriate law enforcement agency for investigative or prosecutive purposes, to a congressional office at your request, to OMB for review of private relief legislation, to GSA when one of its automobiles is involved in an accident, to a labor organization required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Provision of the requested information is mandatory; failure to do so may result in disciplinary action.

PS Form **1700**, December 1991 (Page 1 of 4)   (For Non-Vehicle Accidents, Use Heavy Black Areas ONLY)   (Previous edition usable)

## POSTAL VEHICLE AND EMPLOYEE

| # | Field | | | |
|---|---|---|---|---|
| 17 | Employee's Name | Age | Position Title | Service Type |
| 18 | Government License No. | Expiration Date | Restriction | |
| 19 | State Driver's License No. | Expiration Date | Restriction | |
| 20 | Hours on Duty at Time of Accident | Driving Experience (This Type Vehicle) | PS Driving Exp. | Extent of Injuries (Operator) |
| 21 | Liability Insurance Coverage ☐ Yes ☐ No | Insurance Company's Name | | Policy Number |
| 22 | Was Investigation at Scene? ☐ Yes ☐ No | Was Driver Cooperative? ☐ Yes ☐ No | Was Vehicle Equipped With Seat Belts ☐ Yes ☐ No | If Yes, Were They in Use at Time of Accident ☐ Yes ☐ No |
| 23 | Year / Make / Vehicle No. | Odometer Reading | RHD ☐   LHD ☐ | No. Occupants (Front) (Rear) / Estimated Speed |
| 24 | Distance Danger Noticed | Direction of Travel | Distance Traveled After Impact (Feet) | Vehicle Defects Prior to Accident |
| 25 | Nature and Extent of Damage | | | Estimated Cost $  Estimated Time (Out of Service) |

## ACCIDENT DESCRIPTION

| # | | | | |
|---|---|---|---|---|
| 26 | USPS Investigator (Print or Type) | Telephone No. (Area Code if Non-PEN) | Time of Call | Arrived at Scene |
| 27 | Description of How Accident Occured, If Applicable, Give Traffic Law(s) Violated. Include Sketch on Page 4. | | | |

## CUSTOMER OR PROPERTY DAMAGE (Not Motor Vehicle)

| # | Sex | Age | Approx. Height | Condition of Customer or Property When Investigator Arrived on Scene |
|---|---|---|---|---|
| 28 | | | | |
| 29 | Statement Made by Witness | | | |
| 30 | Damage to Property Other Than Motor Vehicle | | | |

USPS0002

| # | Field | | | |
|---|---|---|---|---|
| 31 | Customer's Name and Address, or Site of Property Damage (Include Apt./Suite No. and ZIP+4): Cynthia Baler, 73 Hampden Dr, Norwood MA 02062 | Birth Date: 5-13-39 | | ☐ Male  ☑ Female |
| 32 | Was employee involved? | ☐ Yes | ☑ No | (If "Yes," complete Item 17) |
| 33 | Is premises leased? | ☑ Yes | ☐ No | (If "Yes," attach copy of lease) |
| 34 | Was customer injured? | ☑ Yes | ☐ No | (If "Yes," Complete Item 6) |
| 35 | Nature of injury: Bump and bruises and small cut on left side of face and arm | | | |
| 36 | Property damage | ☐ Yes | ☑ No | (If "Yes," complete Item 30) |
| 37 | Witness to accident | ☐ Yes | ☑ No | (If "Yes," complete Items 5 & 29) |
| 38 | Activity of customer prior to accident (Describe): ☑ Walking  ☐ Running  ☐ Horse play involved — entering lobby of Post office | | | |
| 39 | Structural factors—Building defects, sidewalks, steps, lighting, docks, or other if contributory to accident. Handrail available: Used (Describe): None | | | |
| 40 | Custodial factors—Cleaning, waxing, mopping, lobby equipment if contributory to accident. Warning signs displayed (Describe): None | | | |
| 41 | Weather factors—Rain, snow, ice or any other uncontrollable element if contributory to accident. (Describe): None | | | |
| 42 | Human factors—Illness, physical, psychological, or medication used if contributory to accident. (Describe): Unknown | | | |

**CONCLUSIONS**

| # | | |
|---|---|---|
| 43 | Fix responsibility and state reason why (In your opinion): may have caught foot on floor rug which may have caused her to fall | USPS0003 |
| 44 | Recommended that claim be allowed, if filed (In your opinion): ☑ Yes ☐ No | Recommend that claim be filed against private party: ☐ Yes ☐ No | Third Party claim involved: ☐ Yes ☐ No |
| 45 | Investigator's Printed Name and Signature: Steve Kelley | Title and Official Telephone No. (Area Code if Non-PEN): Supervisor 1-508 359 5502 | Date: 9/19/02 |

FIELD SKETCH *(Use appropriate one)*

#1—POSTAL VEHICLE

#2—PRIVATE VEHICLE

INDICATE NORTH

INDICATE
Width of roadway,
traffic flow,
parked vehicles,
traffic signs or
signals, etc.

OBTAIN ACCURATE
MEASUREMENTS FROM
FIXED OBJECTS

ALSO INDICATE
approach of vehicles,
point of impact and
place where vehicles
stopped after accident.

USPS0004

PS Form 1700, December 1991 (Page 4 of 4)