```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                )
CYNTHIA BALER,                  )
                                )
      Plaintiff,                )
                                )    C.A. 04-11885-JLA
v.                              )
                                )
UNITED STATES OF AMERICA,       )
                                )
      Defendant.                )
_____)
```

**UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States of America, in the above-captioned action move for leave to file a brief reply memorandum in support of its Motion for Summary Judgment. The government believes that the brief memorandum clarifies the issues before the Court and will assist it in reaching a decision on the Motion for Summary Judgment.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
                              Moakley Federal Courthouse
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3100
Dated: May 31, 2005
```

## CERTIFICATION UNDER L.R. 7.1

Plaintiff's counsel has no objection to my filing of this Reply Memorandum.

/s/ Damian W. Wilmot
DAMIAN W. WILMOT
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            May 31, 2005

I certify that on May 25, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff's Attorney, Jeffrey N. Roy, Ravech & Roy, P.C., One Exeter Plaza, 699 Boylston Street, Boston, MA 02116, by first class mail, Postage pre-paid.

/s/ Damian W. Wilmot
DAMIAN W. WILMOT
Assistant U.S. Attorney