1    - 40

2

3
                    IN THE UNITED STATES DISTRICT COURT

4
                               FOR THE

5
                       DISTRICT OF MASSACHUSETTS

6

7

8    CYNTHIA BALER,                              )
                                                 )
9                   Plaintiff,                   )
                                                 )
10   vs.                                         )   CIVIL ACTION NO.
                                                 )   04-11885-PBS
11   UNITED STATES OF AMERICA,                   )
                                                 )
12                  Defendant.                   )

13

14          THE ORAL DEPOSITION OF CYNTHIA BALER, held

15   pursuant to Notice, and the applicable provisions of the

16   Federal Rules of Civil Procedure, before Marguerite Summers,

17   a Court Reporter and Notary Public, within and for the

18   Commonwealth of Massachusetts, at the offices of the United

19   States Attorney, 1 Courthouse Way, Boston, Massachusetts, on

20   Wednesday, March 9, 2005, commencing at 11:00 a.m.

21

22

23

24

25

```
 1   area?
 2       A    No.
 3       Q    What's missing from that picture?
 4       A    I believe there's another door on this side that
 5   you could enter through.
 6       Q    Now, when you're saying "this side," the picture
 7   shows one set of doors, which looks like it's leading
 8   outside.  Correct?
 9       A    Yes.
10       Q    So you're saying on this side, do you mean there's
11   a set of doors on the opposite side from these doors?
12       A    Yes.
13       Q    If you could -- perhaps using this as some help,
14   would you be able to draw me a sketch of what the foyer area
15   looks like; where the doors are?
16       A    It looks exactly like this.
17       Q    Would you mind drawing me a sketch of it?
18            So what you've drawn, these are the doorways?
19       A    These are the doorways.
20       Q    And you've drawn four doorways.  Correct?
21       A    To the best of my knowledge.
22       Q    This foyer that you've testified to.
23       A    Yes.
24       Q    Could you point an arrow as to where the main
25   portion of the post office is located in relation to the
```

```
 1   doorways that you just drew here?
 2        A    What do you mean by "main"?
 3        Q    Well, you've told me that this is a foyer area.
 4   Correct?
 5        A    Yes.  Well, the main post office area is through
 6   these doors.
 7        Q    Can you just draw an arrow indicating that?
 8             Now, do you remember on that afternoon, which door
 9   you entered into to get into the foyer area?
10        A    I entered in through that door.
11        Q    "That door," meaning if I were facing the post
12   office, you entered in on the left door to the foyer area.
13        A    Yes.
14        Q    When you entered, did you see any rugs on the
15   ground?
16        A    I don't remember.
17        Q    Was anyone else in the foyer area when you entered
18   into it?
19        A    No.
20        Q    So you didn't see any other customers or post
21   office employee?
22        A    Not in the foyer.
23        Q    Was anyone else entering at the time you were
24   entering?
25        A    I don't recall.
```

```
1      Q    Was anyone else exiting when you were entering?
2      A    I don't recall.
3      Q    Once you entered into this left door to the foyer
4   area, which door did you did you go into to enter into the
5   main portion of the post office?
6      A    I don't recall.
7      Q    Okay.  But you do remember that you came in on the
8   left side.
9      A    Yes.
10     Q    And you said that you were there to purchase
11  stamps.  Correct?
12     A    Yes.
13     Q    Did you buy stamps from a -- purchase them from a
14  machine or from the service desk?
15     A    Service desk.
16     Q    Did you go right to the service desk or did you do
17  anything beforehand.
18     A    I went right to the service desk.
19     Q    Was there anyone in line in front of you?
20     A    I don't remember.
21     Q    Do you remember if there was anyone behind you in
22  line?
23     A    I don't remember.
24     Q    Do you know from whom you made the purchase?
25     A    The specific person?
```

```
 1    the main post office, you're saying the door on the right --
 2    that the rug was in front of the door on the right.
 3         A    Yes.
 4         Q    Does that refresh your memory that perhaps you
 5    were exiting out of this right door or no?
 6         A    I did exit that door.
 7         Q    That door, being the right door--
 8         A    Yes.
 9         Q    --that would enter into the main post office?
10         A    I exited that door.
11         Q    Now did you see any bunches in the rug as you were
12    exiting?
13         A    As I was exiting?  Yes.
14         Q    You did.  Can you describe the bunches, if you
15    could.  Were they large bunches in the rug, small?
16         A    They were medium.  It was like a rolled up area.
17         Q    About how high would you say that rolled up area
18    was?
19         A    I'm really bad at -- it was elevated but I don't
20    know how--
21         Q    But enough for you to see it.
22         A    Yes.
23         Q    Was that the only rug in the foyer area?
24         A    Yes.
25         Q    And what happened next?
```