Stephen J. Kelley
2/22/2005

Page 1

Volume 1, Pages 1 - 53

Exhibits: 1 - 6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

------------------------------

CYNTHIA BALER

        Plaintiff

vs.                  Docket No. CA 04-1185-PBS

UNITED STATES OF AMERICA

        Defendant

------------------------------

DEPOSITION OF STEPHEN J. KELLEY

Tuesday, February 22, 2005, 10:49 a.m.

Ravech & Roy, PC

One Exeter Plaza

699 Boylston Street

Boston, Massachusetts


-------Reporter: Kathleen L. Good, CSR, RPR-------

K. L. GOOD & ASSOCIATES

Post Office Box 367

Swampscott, Massachusetts 01907


Tel. 781-367-0815   Fax 781-598-0815

K. L. GOOD & ASSOCIATES

Stephen J. Kelley
2/22/2005

Page 14

1   Q.   So this photograph wouldn't show that other
2        doorway at all?
3   A.   No, no.
4   Q.   Then as I'm looking at this photograph here, I
5        would be standing at the other side entrance?
6   A.   Correct.
7             (Marked, Exhibit No. 2, Photograph.)
8   Q.   Just for the record, that photograph that we
9        were referring to, we have marked as Exhibit
10       No. 2.  Okay?
11  A.   Yes.
12  Q.   Now, was this facility already constructed when
13       you came to Medfield?
14  A.   Yes.
15  Q.   Did you play any role whatsoever in the
16       construction of the building or design and
17       layout of the building?
18  A.   No, no.
19  Q.   You were at Norwood at the time?
20  A.   Correct.
21  Q.   Does your oversight responsibility also pertain
22       to the vestibule area which is shown in Exhibit
23       2?
24  A.   Correct.  And the sidewalk and the outside, the

K. L. GOOD & ASSOCIATES