UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BALER,<br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>      Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11885-JLA<br>)<br>)<br>) |

**SUPPLEMENT TO**
**PLAINTIFF CYNTHIA BALER'S CONCISE STATEMENT OF THE MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE TO BE TRIED**

1. Plaintiff Cynthia Baler entered the vestibule at Medfield Post Office using the entry door to the left as you face the building from the street (Deposition of Cynthia Baler, page 16, lns. 8-13). She then entered the main post office, but does not remember the door she used to enter the main portion of the building from the vestibule (Id. p. 17, lns. 3-6).

2. After completing her business in the main portion of the post office, Ms. Baler returned to the vestibule using the doorway located to the right as you face the main building (Id. p. 23, lns. 4-10). The rug at issue in this case was located directly in front of the door that Ms. Baler used to re-enter the vestibule after completing her business in the main post office (Id. p. 23, lns. 1-3).

3. At her deposition, Ms. Baler drew a diagram showing the layout of the vestibule area and it was marked as Exhibit 6 (Id. pp. 15-16). This same area is shown more clearly in the photograph of the vestibule marked as Exhibit 2 from the deposition of Stephen J. Kelley (Deposition of Stephen J. Kelley, p. 14, lns. 4-11).

Plaintiff,
By her attorneys,

s/Jeffrey N. Roy
Jeffrey N. Roy (BBO #548618)
RAVECH & ROY, P.C.
One Exeter Plaza
699 Boylston Street
Boston, MA 02116
(617) 303-0500
BBO #548618