UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Cynthia Baler__
                **Plaintiff**

    V.

__United States of America__
               **Defendant**

CIVIL ACTION

NO. __04-11885-JLA__

## JUDGMENT

__Alexander, M. J.__

In accordance with the Court's Memorandum and Order dated __7/28/05__ granting __the Defendant's__ motion for summary judgment in the above-entitled action, it is hereby ORDERED:

      Judgment for the __Defendant__

...For the foregoing reasons, the Court ALLOWS the defendant's motion for summary judgment.

SO ORDERED.

                        By the Court,

__7/28/05__                                 __/s/ Eugenia Edge__
  Date                                     Deputy Clerk